UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-02037-CEM-EJK

HOWARD COHAN,

    Plaintiff,

v.

CREST HOSPITALITY, LLC, a Foreign Limited
Liability Company, d/b/a STAYBRIDGE SUITES
ORLANDO AIRPORT

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff, HOWARD COHAN ("Plaintiff"), and Defendant, CREST HOSPITALITY, LLC ("Defendant"), (collectively the "Parties"), through their respective undersigned counsel, hereby advise the Court that the Parties have reached an agreement to settle this case pending execution of a settlement agreement. The Parties will file appropriate documents to close the case once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court stay or set aside all currently set deadlines pending finalization of settlement documents.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

CASE NO. 6:22-cv-02037-CEM-EJK

Respectfully submitted this 24th day of January 2023

| | |
|---|---|
| *s/ Gregory S. Sconzo* | *s/ Shayla N. Waldon* |
| Gregory S. Sconzo, Esq. | Mendy Halberstam, Esq. |
| Florida Bar No. 0105553 | Florida Bar No. 68999 |
| Email: *greg@sconzolawoffice.com* | Email: *mendy.halberstam@jacksonlewis.com* |
| Samantha L. Simpson, Esq. | Shayla N. Waldon, Esq. |
| Florida Bar No. 1010423 | Florida Bar No. 105626 |
| Email: *samantha@sconzolawoffice.com* | Email: *shayla.waldon@jacksonlewis.com* |
| SCONZO LAW OFFICE, P.A. | JACKSON LEWIS P.C. |
| 3825 PGA Boulevard, Suite 207 | One Biscayne Tower, Suite 3500 |
| Palm Beach Gardens, Florida 33410 | 2 South Biscayne Boulevard |
| Telephone: (561) 729-0940 | Miami, Florida 33131 |
| *Counsel for Plaintiff* | Telephone: (305) 577-7600 |
| | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document is being served on January 24, 2023, on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Shayla N. Waldon*
Shayla N. Waldon, Esq.